AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Capitol Storage, Unit 190, 2225 J. David Jones Parkway, Springfield, Illinois, more particularly described on Attachment A09.

Case No. 19-mj-7146

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Central____ District of ____Illinois____
*(identify the person or describe the property to be searched and give its location)*:

Capitol Storage, Unit 190, 2225 J. David Jones Parkway, Springfield, Illinois, more particularly described on Attachment A09.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B

**YOU ARE COMMANDED** to execute this warrant on or before ____July 17, 2019____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.  ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Eric I. Long____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____.

s/Eric I Long

Date and time issued: 7/3/2019 ; 10:24 a.m.  _____
 *Judge's signature*

City and state: Urbana, Illinois  ERIC I. LONG, Magistrate Judge
 *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-mj-7146 | 7/11/2019 @ 11:00 AM | 2225 J. David Jones Pkwy, Spfld, IL Unit #190 |

Inventory made in the presence of:
No one present @ storage unit

Inventory of the property taken and name of any person(s) seized:

No items of evidence seized from Unit #190.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/11/2019

s/Trevor Stulets

*Executing officer's signature*

Trevor S. Stulets TFO

*Printed name and title*

## ATTACHMENT A09
*Property to be Searched*
Capitol Storage – Unit 190; 2225 J. David Jones Parkway; Springfield, Illinois.

The property to be searched (**Capitol Storage – Unit 190; 2225 J. David Jones Parkway; Springfield, Illinois**) is a storage unit identified as **190** within the Capitol Storage facility located at 2225 J. David Jones Parkway in Springfield, Illinois, and includes all parts therein, including all rooms and all vehicles, recreational vehicles and trailers parked therein.

Below are photographs of the location of the **Capitol Storage facility located at 2225 J. David Jones Parkway in Springfield, Illinois.**



## ATTACHMENT B
## PROPERTY TO BE SEIZED

1. Books, records receipts, notes, ledgers and other papers relating to the transportation, ordering, purchase and distribution of controlled substances, particularly marijuana;

2. Papers, tickets, notes, receipts, and other papers relating to domestic and international travel;

3. Books, records, invoices, receipts, records of real estate transactions, tax returns, bank statements and related records, passbooks, money drafts, letters of credit, money orders, bank drafts and cashier's checks, safe deposit keys, money wrappers and other items evidencing the obtaining, secreting, transfer, and/or concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money;

4. Electronic equipment, such as tablets, cellular or smart telephones, electronic diaries and calendars, currency counting machines, telephone answering machines, and related manuals, used to generate, transfer, count and or store the information described in paragraphs 1-3, 5, 7, 14, and 15 herein, as well as tapes and discs, audio tapes, and the contents thereof, containing the information generated by the electronic equipment described in this paragraph;

5. Hard drive or any other electronic media storage device recording or storing electronic surveillance video or audio;

6. United States currency, precious metals, jewelry, and financial instruments, including stocks and bonds;

7. Photographs, including still photos, negatives, video tapes, films, electronic images, undeveloped film and the contents thereof, slides, and in particular photographs, etc., of co-conspirators, of assets, and or controlled substances;

8. Address and or telephone books, rolodex indices, electronic contact records, and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers, email or other electronic contact information, and or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals, businesses and institutions with whom a financial relationship exists;

9. Indicia of occupancy and or residency, rental and or ownership of the premises, including but not limited to utility and telephone bills, rental, purchase or lease agreements, and keys;

10. Assets believed to have been purchased with drug proceeds, including, but not limited to vehicles, motorcycles, precious metals, stocks, bonds, and jewelry;

11. Assets believed to have been used to transport drugs and drug proceeds, including, but not limited to vehicles, recreational vehicles, and motorcycles;

12. Illegal controlled substances, including marijuana and cocaine;

13. Packaging associated with controlled substances;

14. Records or other documents pertaining to bank accounts in the name of Courtney Tyler Johnson, Ivana Booker, Gabrielle Johnson, Timothy Ealey, Marquevin Smith, Deandri Burton, Jennifer Fisher a/k/a Jennifer Mann, Shannon Fisher, Kathryn Kelsheimer, and Jackie Campbell, and other third parties;

15. Packaging, tracking information, and other documents pertaining to deliveries or shipments of packages via express or priority mail or common carrier such as United Parcel Service or Federal Express; and

16. Safes and other security boxes believed to be used to conceal assets, U.S. currency, and personal identifying documents.